JULIO MEDINA, JR. v. TOWN AND COUNTRY FORD, INC., AND NCNB NA-
TIONAL BANK OF NORTH CAROLINA

No. 338A87

(Filed 3 February 1988)

APPEAL of right by defendant Town and Country Ford, Inc.
from the decision of a divided panel of the Court of Appeals, 85
N.C. App. 650, 355 S.E. 2d 831 (1987), finding no error in a trial by
*Friday, J.*, at the 21 April 1986 Civil Jury Session of Superior
Court, MECKLENBURG County. On 28 July 1987 we allowed defend-
ant Town and Country Ford, Inc.'s petition for discretionary
review of issues in addition to that presented as the basis of the
dissenting opinion in the Court of Appeals. Heard in the Supreme
Court 8 December 1987.

*Weinstein & Sturges, P.A., by Fenton T. Erwin, Jr., for
plaintiff appellee.*

*Bailey, Patterson, Caddell & Bailey, P.A., by Allen A. Bailey
and H. Morris Caddell, Jr., for defendant appellant Town and
Country Ford, Inc.*

PER CURIAM.

Affirmed.